MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, Bar No. 259019
Megan McDonough, Bar No. 317402
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:  +1.213.612.2500
Fax:  +1.213.612.2501
kathy.gao@morganlewis.com
megan.mcdonough@morganlewis.com

Attorneys for Defendant
General Motors LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ARROYO, an individual, | Case No. 5:20-cv-00454 |
| Plaintiff, | **DECLARATION OF KATHY H. GAO IN SUPPORT OF DEFENDANT GENERAL MOTOR LLC'S NOTICE OF REMOVAL** |
| vs. | |
| GENERAL MOTORS LLC, a Delaware Limited Liability Company; DARRYL BREWSTER, an individual; and DOES 1 through 25, inclusive, | |
| Defendants. | |

# DECLARATION OF KATHY H. GAO

I, Kathy H. Gao, hereby declare as follows:

1. I am a partner at the law firm of Morgan, Lewis & Bockius LLP, counsel for Defendant General Motors LLC ("Defendant" or "GM") in the above-captioned action. I make this Declaration in support of Defendant's Notice of Removal. I have personal knowledge of the facts set forth in this Declaration, or know of such facts from my review of the case documents and the court docket in this matter. If called and sworn as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Complaint and related case commencement documents in this action served personally on Defendant on February 4, 2020.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Answer Defendant filed in this action on March 4, 2020 in the San Bernardino County Superior Court.

I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct, and that this declaration is being executed on the 5th day of March, 2020, in Los Angeles, California.

                              */s/ Kathy H. Gao*
                              Kathy H. Gao