# EXHIBIT A

FI COPY
SUM-100

# SUMMONS
## (CITACION JUDICIAL)

| | FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE) |
|---|---|

**NOTICE TO DEFENDANT:** GENERAL MOTORS LLC, a Delaware
*(AVISO AL DEMANDADO):* Limited Liability Company; DARRYL
BREWSTER, an individual; and DOES 1
through 25, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:** FRANK ARROYO, an
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* individual,

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

JAN 2 2 2020

BY _____
JOVANNA LEANDRO, DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of California, County of San Bernardino<br>247 West Third Street<br>San Bernardino, California 92415-0210 | CASE NUMBER<br>*(Número del Caso):* DS 2002275 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Marcelo A. Dieguez, Esq., (SBN:221951), Omri A. Ben-Ari, Esq., (SBN:291517), Gerardo J. Sosa, Esq., (SBN: 313627)
2030 Main Street, Suite 1300, Irvine, CA                                    949-260-9131

| DATE:<br>*(Fecha)* JAN 2 2 2020 | Clerk, by<br>*(Secretario)* Jovanna Leandro | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

COPY

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* **General Motors LLC, a Delaware Limited Liability Company**
   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
   ☒ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☒ by personal delivery on *(date):* 2/4/2020

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov<br>Westlaw Doc & Form Builder |
|---|---|---|

COPY

1  MARCELO A. DIEGUEZ, ESQ.,  (SBN: 221951)
   OMRI A. BEN-ARI, ESQ.,      (SBN: 291517)
2  GERARDO J. SOSA, ESQ.,      (SBN: 313627)
   **DiEFER LAW GROUP, P.C.**
3  2030 Main Street, Suite 1300
   Irvine, California 92614
4  Telephone:   (949) 260-9131
   Facsimile:   (949) 260-9132
5  Email:       litigation@dieferlaw.com

6  Attorneys for PLAINTIFF
   FRANK ARROYO,
7

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

JAN 2 2 2020

BY _____
JOVANNA LEANDRO, DEPUTY

8           **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9              **FOR THE COUNTY OF SAN BERNARDINO**

10
11  FRANK ARROYO, an individual,         )  CASE NO.:  CIV DS 2 0 0 2 2 7 5
                                         )
12              PLAINTIFF,               )
                                         )  **COMPLAINT FOR DAMAGES**
13     vs.                               )
                                         )  1. **Wrongful Termination in Violation of**
14  GENERAL MOTORS LLC, a Delaware       )     **Public Policy;**
    Limited Liability Company; DARRYL    )  2. **Disability Discrimination in Violation**
15  BREWSTER, an individual; and DOES 1  )     **of the FEHA in Violation of**
    through 25, inclusive,               )     **Government Code Section 12940(A);**
16                                       )  3. **Failure to Accommodate in Violation of**
                DEFENDANTS.              )     **the FEHA;**
17                                       )  4. **Failure to Engage in the Interactive**
                                         )     **Process in Violation of the FEHA;**
18                                       )  5. **Failure to Prevent Discrimination in**
                                         )     **Violation of Government Code Section**
19                                       )     **12940(k);**
                                         )  6. **Unlawful Retaliation in Violation of**
20                                       )     **Government Code Section 12940(h);**
                                         )  7. **Discrimination and Retaliation in**
21                                       )     **Violation of The Family and Medical**
                                         )     **Leave Act; and**
22                                       )  8. **Intentional Infliction of Emotional**
                                         )     **Distress.**
23                                       )
                                         )     **DEMAND FOR JURY TRIAL**
24                                       )
                                         )
25                                       )
                                         )
26
27
28

- 1 -

COMPLAINT FOR DAMAGES

DIEFER LAW
GROUP, P.C.
ATTORNEYS AT LAW

**HERE COMES NOW** PLAINTIFF FRANK ARROYO (*hereafter referred to as* "PLAINTIFF" and/or "ARROYO"), in this Labor and Employment dyability/medical condition discrimination, retaliation, and wrongful termination action, and alleges DEFENDANT GENERAL MOTORS LLC, a Delaware Limited Liability Company (*hereinafter* referred to as "COMPANY"); DARRYL BREWSTER, an individual ("BREWSTER"); and DOES 1 through 25, inclusive (*hereafter referred* to as "DOES"). All DEFENDANTS herein referred collectively as the "DEFENDANTS" as follows:

## GENERAL ALLEGATIONS

1.      At all times mentioned herein, PLAINTIFF was and is a resident of the County of San Bernardino, State of California.

2.      PLAINTIFF is informed and believes, and based thereon alleges, that at all times mentioned herein DEFENDANT COMPANY, was and is a Delaware Limited Liability Company and registered with the California Secretary of State under entity number 200928910138, and doing business and having a substantial, continuous and systematic commercial activity in the City of Rancho Cucamonga, County of San Bernardino, State of California, and employer of PLAINTIFF along with co-DEFENDANT DARRYL BREWSTER.

3.      PLAINTIFF is informed and believes, and based thereon alleges, that at all times mentioned herein co-DEFENDANT DARRYL BREWSTER ("BREWSTER"), was and is a resident of the State of California, County of San Bernardino, and a supervisor of PLAINTIFF for the COMPANY, in that he was in charge of hiring, firing, disciplining, promoting, scheduling, and otherwise directing the work of employees of the COMPANY, including PLAINTIFF.

4.      PLAINTIFF is ignorant of the true names and capacities of the DEFENDANTS sued herein as DOES 1 through 25, inclusive, and therefore sues said DEFENDANTS by such fictitious names. PLAINTIFF will amend this Complaint to allege their true names and capacities when ascertained. PLAINTIFF is informed and believes and thereon alleges that each of the fictitiously named COMPANIES is responsible in some manner for the occurrences herein alleged, and such DEFENDANTS proximately caused that PLAINTIFF'S damages as herein

- 2 -

**COMPLAINT FOR DAMAGES**

DIEFER LAW
GROUP, P.C.
ATTORNEYS AT LAW

1 | alleged.

2     5.     PLAINTIFF is informed and believes, and based thereon alleges, that at all times

3 relevant herein, each DEFENDANT designated, including DOES 1 through 25, was the agent,

4 managing agent, principal, owner, partner, joint ventures, representative, manager, servant,

5 employee, and/or co-conspirator of each of the other DEFENDANTS, and was at all times

6 mentioned herein acting within the course and scope of said agency and employment, and that all

7 acts or omissions alleged herein were duly committed with the ratification, knowledge,

8 permission, encouragement, authorization, and consent of each DEFENDANT designated herein.

9     6.     This action is brought pursuant to, among others, the California Fair Employment

10 Practices Act, section 12940 of the Government Code et seq., which prohibits discrimination,

11 harassment, and retaliation against a person in the terms, conditions, or privileges of employment

12 based on their disability/medical condition.

13     7.     PLAINTIFF is informed and believes and based thereon alleges that all times

14 mentioned in this complaint, COMPANY regularly employed five (5) or more persons bringing

15 them as a DEFENDANT employer within the provisions of California Government Code § 12900

16 et seq., prohibiting employers or their agents from discriminating, retaliating and/or harassing

17 employees on the basis of his disability and or medical condition.

18     8.     On January 15, 2020, PLAINTIFF filed, within one year of his termination and/or

19 adverse employment action (August 26, 2019), a charge of discrimination, retaliation, and

20 harassment with the California Department of Fair Employment and Housing ("DFEH") with

21 respect to DEFENDANTS and under DFEH case No.: 202001-08904815, (*collectively attached*

22 *herewith as* **Exhibit A**). Likewise, on January 15, 2020, PLAINTIFF received a Notice of Case

23 Closure and Immediate right to sue notice from the DFEH with respect to each DEFENDANT

24 dated January 15, 2020, (*collectively attached herewith as* **Exhibit A**).

25     9.     PLAINTIFF is informed and believes and based thereon alleges that PLAINTIFF

26 was hired by COMPANY on approximately May 7, 2018 in the capacity of an Order Puller.

27     10.     PLAINTIFF was designated as an hourly employee with COMPANY, and was

28 paid at a rate of $16.66 per hour.

DIEFER LAW
GROUP, P.C.
ATTORNEYS AT LAW

*Arroyo, Frank v. General Motors* (979)
, Dept.

**COMPLAINT FOR DAMAGES**

11.     During PLAINTIFF employment he worked an average of 46 hours per week, typically from 2:30 p.m. to 11:30 p.m.

12.     During his employment, between May 7, 2018 and August 24, 2019, PLAINTIFF worked for COMPANY without incident and with satisfactory performance.

13.     On or about April 21, 2019, Plaintiff sustained a workplace injury resulting in a sprained ankle.

14.     As a result, PLAINTIFF immediately saw his physician for diagnosis and treatment. His physician placed PLAINTIFF on leave from work for approximately two weeks.

15.     PLAINTIFF immediately provided COMPANY with a note from his physician requesting the aforementioned leave and accommodation. PLAINTIFF returned to work shortly thereafter.

16.     On or about, August 22, 2019, PLAINTIFF again saw his physician. PLAINTIFF returned to work that following Monday, August 26, 2019, and worked diligently and without incident throughout the duration of his shift that day.

17.     At the end of his shift, PLAINTIFF was summoned by supervisor/foreman BREWSTER. PLAINTIFF was then terminated that day by BREWSTER for allegedly having too many absences.

18.     In reality, PLAINTIFF was terminated due to his disability/medical condition and for seeking treatment, requesting accommodation thereof.

19.     DEFENDANTS discrimination and retaliation has caused a severe deterioration in PLAINTIFF's health, wellbeing, and overall stability, including insomnia, anxiety, depression, and strained family relations.  COMPANYS illegal actions have left PLAINTIFF physically, emotionally, and financially in disarray.  In doing so, DEFENDANTS acted with a willful and conscious disregard of PLAINTIFFS rights.

20.     Consequently, PLAINTIFF has also suffered economic and emotional distress from his wrongful termination and DEFENDANTS discriminatory conduct.

21.     DEFENDANTS conduct has also caused severe financial hardship to PLAINTIFF. PLAINTIFF is actively searching for comparable employment to mitigate the damages that

- 4 -

DIEFER LAW
GROUP, P.C.
ATTORNEYS AT LAW

*Arroyo, Frank v. General Motors* (979)
, Dept.

**COMPLAINT FOR DAMAGES**

1  DEFENDANTS have caused but has been unsuccessful to date.

2

3  ### FIRST CAUSE OF ACTION
   **(Wrongful Termination in Violation of Public Policy)**
4  **(Against GENERAL MOTORS LLC, and DOES 1 – 25)**

5  22.    PLAINTIFF ARROYO, re-alleges and incorporates by reference, as though fully

6  set forth herein, all the preceding paragraphs of this Complaint.

7  23.    PLAINTIFF is informed and believes, and on that basis alleges, that

8  DEFENDANT'S termination of his employment was in violation of public policies set out in the

9  in *California Labor Code Section* 132(a), which prohibits and employer from discharging,

10  threatening to discharge, or in any manner discrimination against any employee because he or she

11  has filed or made known his or her intention to file a claim for compensation for a work related

12  injury.

13  24.    Moreover, PLAINTIFF also is informed and believes, and on that basis alleges,

14  that DEFENDANT'S termination of his employment was in violation of California's fundamental

15  public policies including the Fair Employment and Housing Act ("FEHA") which prohibits and

16  employer, such as GENERAL MOTORS LLC., from discharging, threatening to discharge, or in

17  any manner discrimination against any employee because he or she has or made known of a

18  disability and/or medical condition, requested an accommodation, or on the basis of their

19  disability/medical condition.

20  25.    As a proximate result of DEFENDANTS willful, knowing, and intentional

21  discrimination against PLAINTIFF, he has sustained and continues to sustain substantial losses

22  in earnings and other employment benefits.

23  26.    As a proximate result of DEFENDANTS's conduct, PLAINTIFF has suffered

24  serious harm, including lost earnings and other employment benefits, humiliation,

25  embarrassment, emotional distress and severe mental and physical pain and suffering, all to his

26  damage in an amount to be established at trial, but exceeding the jurisdictional limits of this court

27  and which will be established according to proof at trial.

28

DIEFER LAW
GROUP, P.C.
ATTORNEYS AT LAW

- 5 -

*Arroyo, Frank v. General Motors* (979)
, Dept.

**COMPLAINT FOR DAMAGES**

### SECOND CAUSE OF ACTION
**(Disability Discrimination in Violation of the FEHA in Violation of Government Code Section 12940(A))**
**(Against GENERAL MOTORS LLC, and DOES 1 – 25)**

27.     PLAINTIFF ARROYO, re-alleges and incorporates by reference, as though fully set forth herein, all the preceding paragraphs of this Complaint.

28.     At all times herein mentioned, *Government Code section 12940(a)*, the Fair Employment and Housing Act ("FEHA"), was in full force and effect and were binding on the DEFENDANTS.   These statutes require that the DEFENDANTS and any individual refrain from discriminating against an employee based on their actual or perceived disability and/or medical condition.

29.     PLAINTIFF was an employee with an actual and/or perceived disability as defined by FEHA, in that the PLAINTIFF'S sprained ankle and debilitating headaches, limited many of PLAINTIFF'S major life activities, including working, and as such PLAINTIFF was a member of a group protected under *California Government Code § 12940(a)* from discrimination based on his disability and or medical condition.

30.     PLAINTIFF was still able to perform his job with reasonable accommodation; nevertheless, the DEFENDANTS terminated PLAINTIFF'S employment because of his actual or perceived disability and/or medical condition.

31.     DEFENDANTS were aware of PLAINTIFF's injury as DEFENDANTS were placed on notice on approximately April 21, 2019, August 22, 2019, and August 26, 2019, when PLAINTIFF provided DEFENDANTS with his physician correspondence and leave/accommodation request.  Moreover, PLAINTIFF also personally spoke to DEFENDANTS and BREWSTER on those dates, and instructed them of his condition and accommodation request, resulting in his unlawful termination.

32.     As a proximate result of the DEFENDANT'S willful, knowing, and intentional discrimination against PLAINTIFF, he has sustained and continues to sustain substantial emotional injuries, losses in earnings, and other employment benefits.

33.     As a proximate result of the DEFENDANT'S conduct, PLAINTIFF has suffered

- 6 -

1   serious harm, including lost earnings and other employment benefits, humiliation,

2   embarrassment, emotional distress and severe mental and physical injury, including pain and

3   suffering, all to his damage in an amount to be established at trial, but exceeding the jurisdictional

4   limits of this Court.

5       34.   The conduct of the DEFENDANTS and its agents/employees as described herein

6   was malicious, fraudulent, and/or oppressive, and done with a willful and conscious disregard for

7   PLAINTIFF'S rights.  Consequently, PLAINTIFF is entitled to punitive and exemplary damages

8   against the DEFENDANTS.

9       35.   PLAINTIFF also seeks declaratory and injunctive relief to prevent such

10   discrimination in the future.

11       36.   PLAINTIFF has incurred and continues to incur legal expenses and attorney fees.

12   PLAINTIFF is presently unaware of the precise amount of these expenses and fees and prays

13   leave of court to amend this Complaint when the amounts are more fully known.

14       37.   This section requires the DEFENDANTS to refrain from discriminating against an

15   employee based on their disability and/or medical condition.

16

17               **THIRD CAUSE OF ACTION**
           (Failure to Accommodate in Violation of the FEHA)

18         (Against GENERAL MOTORS LLC, and DOES 1 – 25)

19       38.   PLAINTIFF ARROYO, re-alleges and incorporates by reference, as though fully

20   set forth herein, all the preceding paragraphs of this Complaint.

21       39.   At all times herein mentioned, FEHA was in full force and effect and was binding

22   on DEFENDANTS.  This section requires that DEFENDANTS accommodate an employee's

23   disability/medical condition based on their actual or perceived disability and/or medical

24   condition.

25       40.   PLAINTIFF was an employee of DEFENDANTS, with an actual and/or perceived

26   disability of  as defined by *California Government Code* § 12926, in that his serious physical

27   disability/condition limited many of PLAINTIFF's major life activities including, but not limited

28   to work, and as such a member of a group protected under *California Government Code*

- 7 -

DIEFER LAW
GROUP, P.C.
ATTORNEYS AT LAW

*Arroyo, Frank v. General Motors* (979)
, Dept.

COMPLAINT FOR DAMAGES

1   §12940(a) from discrimination based on his disability/medical condition.

2       41.     PLAINTIFF received medical treatment and provided DEFENDANTS with a

3   notice on or around April 21, 2019. Likewise, PLAINTIFF received additional medical treatment

4   and provided DEFENDANTS with a notice on or around August 22, 2019.

5       42.     DEFENDANTS refused to accommodate PLAINTIFF'S disability/medical

6   condition, terminated PLAINTIFF'S employment on or around August 26, 2019, the very next

7   business day he returned to work after seeking medical treatment and providing DEFENDANTS

8   with an accommodation request.

9       43.     As a proximate result of DEFENDANTS' failure or refusal to accommodate

10   PLAINTIFF'S disability/medical, PLAINTIFF has sustained and continues to sustain substantial

11   losses in earnings and other employment benefits.

12       44.     As a proximate result of the DEFENDANTS' unlawful conduct, PLAINTIFF has

13   suffered severe harm, including lost earnings and other employment benefits, humiliation,

14   embarrassment, emotional distress and severe mental and physical injury, including pain and

15   suffering, all to his damage in an amount to be established at trial, but exceeding the jurisdictional

16   limits of this court.

17       45.     PLAINTIFF has incurred and continues to incur legal expenses and attorney fees.

18   PLAINTIFF is presently unaware of the precise amount of these expenses and fees and prays

19   leave of court to amend this Complaint when the amounts are more fully known.

20                          **FOURTH CAUSE OF ACTION**
21   **(Failure to Engage in the Interactive Process in Violation of the FEHA)**
        **(Against GENERAL MOTORS LLC, and DOES 1 – 25)**
22

23       46.     PLAINTIFF ARROYO, re-alleges and incorporates by reference, as though fully

24   set forth herein, all the preceding paragraphs of this Complaint.

25       47.     At all times herein mentioned, FEHA was in full force and effect and was binding

26   on DEFENDANTS. This requires that DEFENDANTS engage in the interactive process to

27   determine an accommodation for an employee's disability and/or medical condition based on their

28   actual or perceived disability and/or medical condition.

DIEFER LAW
GROUP, P.C.
ATTORNEYS AT LAW

- 8 -

*Arroyo, Frank v. General Motors* (979)
. Dept.

**COMPLAINT FOR DAMAGES**

48.     PLAINTIFF was an employee with an actual and/or perceived disability as defined by *California Government Code Section* 12926.

49.     DEFENDANT failed to engage in any interactive process to determine an accommodation for PLAINTIFF'S disability or accommodation for his perceived disability/medical condition.

50.     Instead of working with PLAINTIFF, DEFENDANTS terminated his employment on or around August 26, 2019, the very next business day after being provided with an accommodation letter from PLAINTIFF physician.

51.     As a proximate result of DEFENDANTS' failure or refusal to engage in the interactive process to determine an accommodation for PLAINTIFF's disability/medical condition, PLAINTIFF has sustained and continues to sustain substantial losses in earnings and other employment benefits.

52.     As a proximate result of the DEFENDANTS' unlawful conduct, PLAINTIFF has suffered serious harm, including lost earnings and other employment benefits, humiliation, embarrassment, emotional distress and severe mental and physical injury, including pain and suffering, all to his damage in an amount to be established at trial, but exceeding the jurisdictional limits of this court.

53.     PLAINTIFF has incurred and continues to incur legal expenses and attorney fees. PLAINTIFF is presently unaware of the precise amount of these expenses and fees and prays leave of court to amend this Complaint when the amounts are more fully known.

### FIFTH CAUSE OF ACTION
**(Failure to Prevent Discrimination in Violation of Government Code Section 12940(k))**
**(Against GENERAL MOTORS LLC, and DOES 1 – 25)**

54.     PLAINTIFF ARROYO, re-alleges and incorporates by reference, as though fully set forth herein, all the preceding paragraphs of this Complaint.

55.     The DEFENDANTS have a statutory duty under *California Government Code Section* 12940, *et. seq.*, to take all reasonable steps necessary to prevent discrimination and retaliation from occurring. Such steps include the discipline of harassers, training, adopting an

- 9 -

*Arroyo, Frank v. General Motors* (979)
. Dept.

1   anti-discrimination and anti-retaliation policy, and implementing those policies.

2       56.    As set forth above, the DEFENDANTS terminated PLAINTIFF for exercising his

3 legal rights, seeking medical leave/treatment, requesting medical treatment, and seeking

4 workplace accommodations.

5       57.    In doing so, the DEFENDANTS blatantly ignored their duty to prevent

6 discrimination and retaliation and instead condoned and encouraged such unlawful conduct.

7       58.    The DEFENDANTS breach of its duty to take all reasonable steps to prevent

8 discrimination and retaliation from occurring was a substantial factor in causing the PLAINTIFF's

9 harm.

10       59.    As a proximate result of the acts of the DEFENDANTS, as described above,

11 PLAINTIFF has suffered and will continue to suffer economic damages, including lost wages,

12 lost benefits, loss of promotional opportunity, and other compensatory damages in an amount to

13 be ascertained at the time of trial.

14       60.    As a proximate result of the acts of the DEFENDANTS, PLAINTIFF has suffered

15 emotional, mental and/or physical injuries and has necessarily expended sums in the treatment of

16 such injuries and will continue to expend sums in the future for the treatment of such injuries, all

17 to PLAINTIFF'S damage in an amount to be ascertained at the time of trial.

18       61.    As a proximate result of the acts of the DEFENDANTS, PLAINTIFF has suffered

19 emotional, mental, and/or physical distress, humiliation, anxiety, nervousness, stress and has been

20 generally damaged in an amount to be ascertained at the time of trial.

21       62.    That the acts of the DEFENDANTS, which were carried out by managing agents,

22 were intentional, willful, and malicious and done in conscious disregard of PLAINTIFF's rights,

23 safety, and well-being and with the intent to vex, injure and annoy PLAINTIFF. As such,

24 PLAINTIFF requests that exemplary and punitive damages be assessed against the

25 DEFENDANTS in an amount enough to punish said DEFENDANT and to deter others from

26 engaging in similar conduct

27       63.    As a direct and proximate result of the conduct of the DEFENDANTS,

28 PLAINTIFF has incurred and continues to incur legal expenses and attorney fees that under

DIEFER LAW
GROUP, P.C.
ATTORNEYS AT LAW

- 10 -

*Arroyo, Frank v. General Motors* (979)
, Dept.

**COMPLAINT FOR DAMAGES**

1  *California Government Code Section* 12965(b), PLAINTIFF is entitled to recover reasonable

2  attorney's fees according to proof at the time of trial. PLAINTIFF is presently unaware of the

3  precise amount of these expenses and fees and prays leave of court to amend this Complaint when

4  the amounts are more fully known.

### SIXTH CAUSE OF ACTION
**(Unlawful Retaliation in Violation of Government Code Section 12940(h))**
**(Against GENERAL MOTORS LLC, and DOES 1 – 25)**

7  64.    PLAINTIFF ARROYO, re-alleges and incorporates by reference, as though fully

8  set forth herein, all of the preceding paragraphs of this Complaint.

9  65.    At all times herein, mentioned *Government Code sections 12940(h)* was in full

10  force and effect and was binding on the COMPANY. This section requires the COMPANY to

11  refrain from discharging, retaliating or otherwise discriminating against an employee who

12  opposes any provision of the Fair Employment and Housing Act, including opposing disability

13  or medical condition and/or harassment.

14  66.    PLAINTIFF notified COMPANY of his disability/medical condition. Instead of

15  accommodating him, COMPANY and BREWSTER retaliated against him by terminating his

16  employment the very next business day.

17  67.    COMPANY and BREWSTER by virtue of their positions at COMPANY was

18  acting as COMPANY'S supervising agent, in that he was responsible for the terms and conditions

19  of PLAINTIFF'S employment, and had the authority to hire, fire, schedule, promote and evaluate

20  the performance of PLAINTIFF. BREWSTER failed to take any action to rectify the hostile,

21  discriminatory, and harassing environment. Instead, BREWSTER retaliated against and punished

22  PLAINTIFF for his reporting, diligence, and pleas for assistance by terminating his employment.

23  68.    As a proximate result of DEFENDANTS conduct, PLAINTIFF has suffered

24  serious harm, including lost earnings and other employment benefits, humiliation,

25  embarrassment, emotional distress and severe mental and physical injury, including pain and

26  suffering, all to his damage in an amount exceeding the jurisdictional limits of this court and

27  which will be established according to proof at trial.

28  69.    The conduct of DEFENDANTS and their agents/employees as described herein

DIEFER LAW
GROUP, P.C.
ATTORNEYS AT LAW

*Arroyo, Frank v. General Motors* (979)
, Dept.

**COMPLAINT FOR DAMAGES**

1   was malicious, fraudulent, and/or oppressive, and done with a willful and conscious disregard for

2   PLAINTIFF'S rights against harassment. Consequently, PLAINTIFF is entitled to punitive and

3   exemplary damages against DEFENDANTS.

4       70.    As a result, PLAINTIFF has incurred and continues to incur legal expenses and

5   attorney fees. PLAINTIFF is presently unaware of the precise amount of these expenses and fees

6   and prays leave of court to amend this Complaint when the amounts are more fully known.

7

8   **SEVENTH CAUSE OF ACTION**
**(Discrimination and Retaliation in Violation of The Family and Medical Leave Act)**

9   **(Against GENERAL MOTORS LLC, and DOES 1 – 25)**

10      71.    PLAINTIFF ARROYO, re-alleges and incorporates by reference, as though fully

11  set forth herein, all of the preceding paragraphs of this Complaint.

12      72.    At all times herein mentioned, the *Family and Medical Leave Act* ("FMLA") was

13  in full force and effect and was binding on COMPANY. This statute requires, among other things,

14  COMPANY to refrain from discriminating or retaliating against any employee because such

15  employee exercised his or her right to family care or medical leave as defined by the statutes.

16      73.    PLAINTIFF suffered from a health condition requiring treatment from a health

17  care provider. PLAINTIFF was in recipe of such treatment from his physician and COMPANY

18  was aware.

19      74.    Accordingly, PLAINTIFF requested a medical leave under the FMLA because of

20  his Disability/Medical Condition on or about April 21, 2019 and August 22, 2019. Concerning

21  PLAINTIFF leave of April 21, 2019, COMPANY authorized this request for a two-week period.

22  Concerning his leave of August 22, 2019, COMPANY terminated PLAINTIFF employment the

23  very next business day, on or about Monday, August 26, 2019.

24      75.    As a proximate result of DEFENDANTS' willful and knowing discrimination and

25  retaliation against PLAINTIFF, he has sustained and continues to sustain substantial losses in

26  earnings and other employment benefits.

27      76.    As a proximate result of DEFENDANTS' conduct, PLAINTIFF has suffered

28  serious harm, including lost earnings and other employment benefits, humiliation,

DIEFER LAW
GROUP, P.C.
ATTORNEYS AT LAW

*Arroyo, Frank v. General Motors* (979)
. Dept.

**COMPLAINT FOR DAMAGES**

1   embarrassment, emotional distress and severe mental and physical injury, including pain and

2   suffering, all to her damage in an amount to be established at trial, but exceeding the jurisdictional

3   limits of this court.

4       77.     PLAINTIFF also seeks declaratory and injunctive relief to prevent such

5   discrimination in the future.

6       78.     The conduct of DEFENDANTS, including COMPANY, and its agents/employees

7   as described herein was malicious, fraudulent, and/or oppressive, and done with a willful and

8   conscious disregard for Plaintiff's rights against discrimination.  Consequently, PLAINTIFF is

9   entitled to punitive and exemplary damages.

10      79.     PLAINTIFF has incurred and continues to incur legal expenses and attorney fees.

11  PLAINTIFF is presently unaware of the precise amount of these expenses and fees and prays

12  leave of court to amend this complaint when the amounts are more fully known.

13

14                     **EIGHTH CAUSE OF ACTION**
                  **(Intentional Infliction of Emotional Distress)**
15          **(Against GENERAL MOTORS LLC, BREWSTER, and DOES 1 – 25)**

16      80.     PLAINTIFF ARROYO, re-alleges and incorporates by reference, as though fully

17  set forth herein, all the preceding paragraphs of this Complaint.

18      81.     At all times mentioned herein, BREWSTER subjected PLAINTIFF to a persistent

19  pattern of unlawful discrimination and harassment based on PLAINTIFF'S disability and/or

20  medical condition through BREWSTER'S actions.    Specifically, BREWSTER targeted

21  PLAINTIFF because his disability and terminated his employment because of it.

22      82.     PLAINTIFF is informed and believes, and thereupon alleges, that DEFENDANTS

23  were aware of the despicable conduct perpetrated by BREWSTER against PLAINTIFF given that

24  BREWSTER was the supervisor of PLAINTIFF at COMPANY.

25      83.     The COMPANY and BREWSTER ratified such conduct by caring it out, and

26  failing and refusing to take any and all reasonable steps necessary to prevent such conduct from

27  occurring, by failing to take appropriate corrective action following such conduct.

28      84.     BREWSTER and the COMPANYS actions were extreme, outrageous, intentional,

- 13 -

DIEFER LAW
GROUP, P.C.
ATTORNEYS AT LAW

*Arroyo, Frank v. General Motors* (979)
, Dept.

**COMPLAINT FOR DAMAGES**

1  beyond the bounds of decency, and malicious, and done with reckless disregard of the fact that

2  they would likely cause PLAINTIFF to suffer severe emotional and physical distress.

3  PLAINTIFF indeed suffered severe emotional and physical distress, including but not limited to

4  severe headaches, stomachaches, depression, sleeplessness, and anxiety.

5        85.   As a direct and proximate result of BREWSTER'S unlawful conduct, and the

6  COMPANY's unwillingness to abide by the law and end the harassment, PLAINTIFF, has been

7  detrimentally harmed.

8        86.   As a direct and proximate result of BREWSTER'S unlawful conduct, PLAINTIFF

9  suffered general damages in an amount to be determined at trial.

10        87.   BREWSTER and the COMPANY, acted oppressively and maliciously and

11  engaged in despicable conduct with a willful and conscious disregard of PLAINTIFF's rights,

12  and his emotional and physical well-being. BREWSTER and the COMPANY conduct was done

13  knowingly, willfully and with malicious intent and PLAINTIFF is entitled to punitive damages

14  against BREWSTER and the COMPANY in an amount to be determined by proof at trial.

15        88.   At all times mentioned herein, BREWSTER was acting within the scope of his

16  employment and in the transaction of the business of the COMPANY when he carried out the

17  tortuous actions and omissions alleged in this Complaint, and the COMPANY knew and

18  condoned such despicable conduct, even after PLAINTIFF made both oral and written

19  complaints.

20      **WHEREFORE**, PLAINTIFF prays for judgment against COMPANY, BREWSTER, and

21  each of them, as follows:

22      1.   For compensatory damages including lost wages and benefits according to proof, but

23          believed to be in excess of $500,000.00;

24      2.   For mental and emotional distress damages according to proof, but believed to be in

25          excess of $500,000.00;

26      3.   For civil penalties as provided by statute;

27      4.   For punitive and exemplary damages according to proof;

28      5.   For prejudgment interest an all amounts claimed;

DIEFER LAW
GROUP, P.C.
ATTORNEYS AT LAW

- 14 -

*Arroyo, Frank v. General Motors* (979)
. Dept.

**COMPLAINT FOR DAMAGES**

6. An award providing for payment of costs of suit;

7. For an award of attorneys' fees under all applicable statutes, including but not limited to the *California Labor Code* and the *California Government Code*; and/or other applicable law;

8. For declaratory and injunctive relief, including but not limited to an order that Defendants cease engaging in unlawful discriminatory, harassing, and retaliatory conduct;

9. For such other and further relief as the Court deems just and proper, and

10. **Plaintiff further requests a trial by jury on all issues so triable.**


Dated:   January 20, 2020,                                      Respectfully submitted,

                                                        **DIEFER LAW GROUP, P.C.**


                                         By:    _____
                                                        Marcelo A. Dieguez, Esq.
                                                        Omri A. Ben-Ari, Esq.
                                                        Gerardo J. Sosa, Esq.
                                                        Attorney for PLAINTIFF
                                                        FRANK ARROYO


File No.:   979
            OAB / 159

*Arroyo, Frank v. General Motors* (979)
                                                                    , Dept.

DIEFER LAW
GROUP, P.C.
ATTORNEYS AT LAW

**COMPLAINT FOR DAMAGES**

# EXHIBIT "A"



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency                    GAVIN NEWSOM, GOVERNOR

### DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758                    KEVIN KISH, DIRECTOR
(800) 884-1684 (Voice) | (800) 700-2320 (TTY) | California's Relay Service at 711
http://www.dfeh.ca.gov | Email: contact.center@dfeh.ca.gov

January 15, 2020

RE:  **Notice of Filing of Discrimination Complaint**
DFEH Matter Number: 202001-08904815
Right to Sue: ARROYO / GENERAL MOTORS LLC et al.

To All Respondent(s):

Enclosed is a copy of a complaint of discrimination that has been filed with the
Department of Fair Employment and Housing (DFEH) in accordance with Government
Code section 12960. This constitutes service of the complaint pursuant to Government
Code section 12962. The complainant has requested an authorization to file a lawsuit.
This case is not being investigated by DFEH and is being closed immediately. A copy of
the Notice of Case Closure and Right to Sue is enclosed for your records.

Please refer to the attached complaint for a list of all respondent(s) and their contact
information.

No response to DFEH is requested or required.

Sincerely,


Department of Fair Employment and Housing



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
(800) 884-1684 (Voice) | (800) 700-2320 (TTY) | California's Relay Service at 711
http://www.dfeh.ca.gov | Email: contact.center@dfeh.ca.gov

GAVIN NEWSOM, GOVERNOR
KEVIN KISH, DIRECTOR

January 15, 2020

FRANK ARROYO
, California

RE:  **Notice of Case Closure and Right to Sue**
DFEH Matter Number: 202001-08904815
Right to Sue: ARROYO / GENERAL MOTORS LLC et al.

Dear FRANK ARROYO,

This letter informs you that the above-referenced complaint was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective January 15, 2020 because an immediate Right to Sue notice was requested. DFEH will take no further action on the complaint.

This letter is also your Right to Sue notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

To obtain a federal Right to Sue notice, you must contact the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of this DFEH Notice of Case Closure or within 300 days of the alleged discriminatory act, whichever is earlier.

Sincerely,


Department of Fair Employment and Housing

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**
**BEFORE THE STATE OF CALIFORNIA**
**DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING**
**Under the California Fair Employment and Housing Act**
**(Gov. Code, § 12900 et seq.)**

**In the Matter of the Complaint of**
FRANK ARROYO                                    DFEH No. 202001-08904815

                              Complainant,

vs.

GENERAL MOTORS LLC
,

DERRELL Unknown
, California

                    Respondents

_____

1. Respondent **GENERAL MOTORS LLC** is an **employer** subject to suit under the California Fair Employment and Housing Act (FEHA) (Gov. Code, § 12900 et seq.).

2. Complainant **FRANK ARROYO**, resides in the City of  State of **California.**

3. Complainant alleges that on or about **October 24, 2019**, respondent took the following adverse actions:

**Complainant was harassed** because of complainant's disability (physical or mental), medical condition (cancer or genetic characteristic), other.

**Complainant was discriminated against** because of complainant's disability (physical or mental), medical condition (cancer or genetic characteristic), other and as a result of the discrimination was terminated, reprimanded, denied any employment benefit or privilege, denied reasonable accommodation for a disability, denied family care or medical leave (cfra) (employers of 50 or more people), other.

**Complainant experienced retaliation** because complainant reported or resisted any form of discrimination or harassment, requested or used a disability-related accommodation, participated as a witness in a discrimination or harassment complaint, requested or used leave under the california family rights act or fmla (employers of 50 or more people) and as a result was terminated, reprimanded,

Date Filed: January 15, 2020

1 | denied reasonable accommodation for a disability, denied family care or medical
2 | leave (cfra) (employers of 50 or more people), other.

3 | **Additional Complaint Details:** Frank Arroyo ("PLAINTIFF") was hired by General
4 | Motors LLC., ("COMPANY") on approximately May 7, 2018 in the capacity of an
Order Puller.
5 | PLAINTIFF was designated as an hourly employee with COMPANY, and was paid
6 | at a rate of $16.66 per hour.
During PLAINTIFF employment he worked an average of 46 hours per week,
7 | typically from 2:30 p.m. to 11:30 p.m.
During his employment, between May 7, 2018 and August 24, 2019, PLAINTIFF
8 | worked for COMPANY without incident and with satisfactory performance.
On or about April 21, 2019, Plaintiff sustained a workplace injury resulting in a
9 | sprained ankle.
As a result, PLAINTIFF immediately saw his physician for diagnosis and treatment.
10 | His physician placed PLAINTIFF on leave from work for approximately two weeks.
11 | PLAINTIFF immediately provided COMPANY with a note from his physician
requesting the aforementioned leave and accommodation. PLAINTIFF returned to
12 | work shortly thereafter.
On or about, August 22, 2019, PLAINTIFF again saw his physician.  PLAINTIFF
13 | returned to work that following Monday, August 26, 2019, and worked diligently and
14 | without incident throughout the duration of his shift that day.
At the end of his shift, PLAINTIFF was summoned by supervisor/foreman
15 | DERRELL.  PLAINTIFF was then terminated that day by DERRELL for allegedly
having too many absences.
16 | In reality, PLAINTIFF was terminated due to his disability/medical condition and for
seeking treatment, requesting accommodation thereof.
17 | DEFENDANTS discrimination and retaliation has caused a severe deterioration in
18 | PLAINTIFF's health, wellbeing, and overall stability, including insomnia, anxiety,
depression, and strained family relations.  COMPANIES illegal actions have left
19 | PLAINTIFF physically, emotionally, and financially in disarray.  In doing so,
DEFENDANTS acted with a willful and conscious disregard of PLAINTIFFS rights.
20 | Consequently, PLAINTIFF has also suffered economic and emotional distress from
his wrongful termination and DEFENDANTS discriminatory conduct.
21 | DEFENDANTS conduct has also caused severe financial hardship to PLAINTIFF.
22 | PLAINTIFF is actively searching for comparable employment to mitigate the
damages that DEFENDANTS have caused but has been unsuccessful to date.

23

24

25

26

27

28

Date Filed: January 15, 2020

VERIFICATION

I, **Omri Ben-Ari,** am the **Attorney** in the above-entitled complaint.  I have read the foregoing complaint and know the contents thereof.  The matters alleged are based on information and belief, which I believe to be true.

On January 15, 2020, I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**Irvine, California**

Date Filed: January 15, 2020

CM-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State bar number, and address):*
Marcelo A. Dieguez, Esq.   SBN: 221951
DIEFER LAW GROUP, P.C.
2030 Main Street, Suite 1300, Irvine, CA
TELEPHONE NO.: 949-260-9131   FAX NO.: 949-260-9132
ATTORNEY FOR *(Name):* Frank Arroyo

*FOR COURT USE ONLY*

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

JAN 22 2020

BY _____
JOVANNA LEANDRO, DEPUTY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN BERNARDINO
STREET ADDRESS: 247 West Third Street
MAILING ADDRESS: SAME
CITY AND ZIP CODE: San Bernardino, 92415-0210
BRANCH NAME: San Bernardino District - Civil Division

**CASE NAME:** Frank Arroyo v. General Motors LLC., et al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: CIV DS 2002275 |
|---|---|---|
| [X] Unlimited (Amount demanded exceeds $25,000) · [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter   [ ] Joinder · Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: · DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[X] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [X] monetary   b. [X] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action *(specify):* 8
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 1/20/2020
Marcelo A. Dieguez, Esq.
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
    Damage/Wrongful Death
Uninsured Motorist (46) *(if the
    case involves an uninsured
    motorist claim subject to
    arbitration, check this item
    instead of Auto)*
**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
        Wrongful Death
Product Liability *(not asbestos or
    toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice–
        Physicians & Surgeons
    Other Professional Health Care
        Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip
        and fall)
    Intentional Bodily Injury/PD/WD
        (e.g., assault, vandalism)
    Intentional Infliction of
        Emotional Distress
    Negligent Infliction of
        Emotional Distress
    Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
    Practice (07)
Civil Rights (e.g., discrimination,
    false arrest) *(not civil
    harassment)* (08)
Defamation (e.g., slander, libel)
    (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
        *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease
        Contract *(not unlawful detainer
        or wrongful eviction)*
    Contract/Warranty Breach–Seller
        Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
        Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections
        Case
Insurance Coverage *(not provisionally
    complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
    Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent
    domain, landlord/tenant, or
    foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
        Case Matter
    Writ–Other Limited Court Case
        Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
        Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
    *(arising from provisionally complex
    case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of
        County)
    Confession of Judgment *(non-
        domestic relations)*
    Sister State Judgment
    Administrative Agency Award
        *(not unpaid taxes)*
    Petition/Certification of Entry of
        Judgment on Unpaid Taxes
    Other Enforcement of Judgment
        Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
    above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-
        harassment)*
    Mechanics Lien
    Other Commercial Complaint
        Case *(non-tort/non-complex)*
    Other Civil Complaint
        *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate
    Governance (21)
Other Petition *(not specified
    above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
        Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late
        Claim
    Other Civil Petition

CM-010 [Rev. July 1, 2007]                                        **CIVIL CASE COVER SHEET**

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

CIV DS 2 0 0 2 2 7 5

COPY

FRANK ARROYO, an individual

CASE NO.: _____

vs.

**CERTIFICATE OF ASSIGNMENT**

GENERAL MOTORS LLC., et al.

A civil action or proceeding presented for filing must be accompanied by this Certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the
San Bernardino District - Civil   District of the Superior Court under Rule 404 of this court for the checked reason:

[X] General          [ ] Collection

| | **Nature of Action** | **Ground** |
|---|---|---|
| [ ] | 1. Adoption | Petitioner resides within the district |
| [ ] | 2. Conservator | Petitioner or conservatee resides within the district. |
| [ ] | 3. Contract | Performance in the district is expressly provided for. |
| [ ] | 4. Equity | The cause of action arose within the district. |
| [ ] | 5. Eminent Domain | The property is located within the district. |
| [ ] | 6. Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| [ ] | 7. Guardianship | Petitioner or ward resides within the district or has property within the district. |
| [ ] | 8. Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| [ ] | 9. Mandate | The defendant functions wholly within the district. |
| [ ] | 10. Name Change | The petitioner resides within the district. |
| [ ] | 11. Personal Injury | The injury occurred within the district. |
| [ ] | 12. Personal Property | The property is located within the district. |
| [ ] | 13. Probate | Decedent resided or resides within the district or had property within the district. |
| [ ] | 14. Prohibition | The defendant functions wholly within the district. |
| [ ] | 15. Review | The defendant functions wholly within the district. |
| [ ] | 16. Title to Real Property | The property is located within the district. |
| [ ] | 17. Transferred Action | The lower court is located within the district. |
| [ ] | 18. Unlawful Detainer | The property is located within the district. |
| [ ] | 19. Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| [ ] | 20. Other _____ | _____ |
| [X] | 21. THIS FILING WOULD | NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designed district is:

General Motors LLC                              9150 Hermosa Ave.
NAME – INDICATE TITLE OR OTHER QUALIFYING FACTOR                    ADDRESS

Rancho Cucamonga                    CA                    91730
CITY                                STATE                 ZIP CODE

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed
on 1/20/2020 _____ at Irvine _____, California

_____
Signature of Attorney/Party

CERTIFICATE OF ASSIGNMENT

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

San Bernardino District - Civil
247 West Third Street

San Bernardino, CA. 924150210

---------------------------------------------------------------------
---------------------------------------------------------------------
                                    CASE NO: CIVDS2002275

   DIEFER LAW GROUP, P.C.
   2030 MAIN STREET
   SUITE 1300
   IRVINE CA 92614
                        NOTICE OF TRIAL SETTING CONFERENCE


IN RE: ARROYO -V- GENERAL MOTORS

THIS CASE HAS BEEN ASSIGNED TO: WILFRED J SCHNEIDER JR. IN DEPARTMENT S32
FOR ALL PURPOSES.

Notice is hereby given that the above-entitled case has been set for
Trial Setting Conference at the court located at 247 WEST THIRD STREET
SAN BERNARDINO, CA  92415-0210.

       HEARING DATE: 07/22/20 at  8:30 in Dept. S32


DATE: 01/22/20  Nancy Eberhardt, Court Executive Officer
                                    By: JOVANNA LEANDRO
---------------------------------------------------------------------
---------------------------------------------------------------------
                    CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San
Bernardino at the above listed address. I am not a party to this
action and on the date and place shown below, I served a copy of the
above listed notice:
( ) Enclosed in a sealed envelope mailed to the interested party
addressed above, for collection and mailing this date, following
standard Court practices.
( ) Enclosed in a sealed envelope, first class postage prepaid in the
U.S. mail at the location shown above, mailed to the interested party
and addressed as shown above, or as shown on the attached listing.
(X) A copy of this notice was given to the filing party at the counter
( ) A copy of this notice was placed in the bin located at this office
and identified as the location for the above law firm's collection of
file stamped documents.

Date of Mailing: 01/22/20
I declare under penalty of perjury that the foregoing is true and
correct. Executed on 01/22/20 at San Bernardino, CA

                        BY: JOVANNA LEANDRO