MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, Bar No. 259019
Megan McDonough, Bar No. 317402
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501
kathy.gao@morganlewis.com
megan.mcdonough@morganlewis.com

Attorneys for Defendant
General Motors LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ARROYO, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>GENERAL MOTORS LLC, a Delaware Limited Liability Company; DARRYL BREWSTER, an individual; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 5:20-cv-00454-JGB-KK<br><br>**DEFENDANT GENERAL MOTORS LLC'S NOTICE OF SETTLEMENT** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 39765718.1

**TO THE COURT, AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to agreement of Plaintiff Frank Arroyo and Defendant General Motors LLC (collectively, the "Parties"), the above-captioned matter has been resolved.  The Parties anticipate filing a Stipulation of Dismissal within 60 days.

Dated:  November 2, 2020

MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Kathy H. Gao*
KATHY H. GAO
Attorney for Defendant
GENERAL MOTORS LLC

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

- 1 -

DB2/ 39765718.1