MARCELO A. DIEGUEZ, ESQ.,    (SBN: 221951)
OMRI A. BEN-ARI, ESQ.,            (SBN: 291517)
GERARDO J. SOSA, ESQ.,           (SBN: 313627)
**DiEFER LAW GROUP, P.C.**
2030 Main Street, Suite 1300
Irvine, California 92614
Telephone:  (949) 260-9131
Facsimile:   (949) 260-9132
Email:         litigation@dieferlaw.com

Attorneys for Plaintiff
FRANK ARROYO

MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, Bar No. 259019
Megan McDonough, Bar No. 317402
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:  +1.213.612.2501
kathy.gao@morganlewis.com
megan.mcdonough@morganlewis.com

Attorneys for Defendants
General Motors LLC and Darryl Brewster

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ARROYO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS LLC, a Delaware Limited Liability Company; DARRYL BREWSTER, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 5:20-cv-00454-JGB-KK<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Frank Arroyo ("Plaintiff") and Defendants General Motors LLC and Darryl Brewster ("Defendants") (collectively hereinafter, the "Parties") pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: January 11, 2021         DiEFER Law Group, P.C.

By  */s/ Marcelo A. Dieguez*
Marcelo A. Dieguez
Attorney for Plaintiff
FRANK ARROYO

Dated: January 11, 2021         MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Kathy H. Gao*
KATHY H. GAO
Attorney for Defendant
GENERAL MOTORS LLC

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: January 11, 2021         MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Kathy H. Gao*
KATHY H. GAO
Attorney for Defendant
GENERAL MOTORS LLC